■ In the Matter of SHELDON J. KRAVITZ, a Disbarred Attorney. [616 NYS2d 952] —Application to vacate order directing that petitioner's name be stricken from the roll of attor-

neys and counselors-at-law in the State of New York, and for other relief, granted only insofar as to refer the matter to the Departmental Disciplinary Committee for the First Judicial Department for a hearing as indicated, and otherwise denied. No opinion. Concur—Murphy, P. J., Sullivan, Carro, Rosenberger and Ross, JJ.